**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   Serita Stepteau | : Bankruptcy No. 15-18007-mdc<br>: Chapter 13<br>:<br>:<br>: |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT c/o Shellpoint Mortgage Servicing | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |
|             Movant | :<br>: |
|    vs. | : |
| Serita Stepteau | :<br>: |
|            Debtors/Respondents | :<br>: |
|    and | :<br>: |
| William C. Miller, Esquire | : |
|            Trustee/Respondent | : |

**CERTIFICATION OF SERVICE OF MOTION,**
**RESPONSE DEADLINE AND HEARING DATE**

    I, Danielle Boyle-Ebersole, attorney for the Movant, WILMINGTON SAVINGS FUND SOCIETY, FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT c/o Shellpoint Mortgage Servicing hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **November 23, 2016** upon the following:

Zachary Perlick, Esquire
Via ECF
*Attorney for Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Serita Stepteau
1810 Farrington Road
Philadelphia, PA 19151
Via First Class Mail
*Debtor*

Dated: 11/23/2016

<u>/s/Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121