United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-18007-mdc
Serita Stepteau                                                 Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Eileen          Page 1 of 2          Date Rcvd: Feb 15, 2017
                              Form ID: 167          Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2017.
```
db           +Serita Stepteau,    1810 Farrington Road,   Philadelphia, PA 19151-2011
13720196      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13628370     +American Express,    c/o Becket & Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
13628371     +American Express Centurion Bank,     c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
13628373      Capital Management Services,     PO Box 964,    Buffalo, NY 14210
13628376     +FIA Card Services,    PO Box 15026,    Wilmington, DE 19850-5026
13628377      Mercedes-Benz Financial Services,     PO Box 9001680,    Louisville, KY 40290-1680
13660328      Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
13628378     +P.G.W.,   800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13628380     +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13645664     +WILMINGTON SAVINGS FUND SOCIETY Et Al,     c/o ANDREW F GORNALL,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13640540     +WILMINGTON SAVINGS FUND SOCIETY, FSB,     Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
13628381      Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
13628382     +Wilmington Savings Fund,    c/o Rushmore Loan Services,    PO Box 514707,
               Los Angeles, CA 90051-4707
13753879      c/o -BCAT 2014-9TT,    Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
13628375      eCast Settlement Corp.,    assignee of Citibank,    PO Box 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13722141      E-mail/Text: bankruptcy@phila.gov Feb 16 2017 02:32:52      City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13628372     +E-mail/Text: bncmail@w-legal.com Feb 16 2017 02:32:26      Candica, LLC,
               c/o Weinstein & Riley, P.S.,    2001 western Ave., Suite 400,    Seattle, WA 98121-3132
13628374      E-mail/Text: mrdiscen@discover.com Feb 16 2017 02:31:38      Discover,   P.O. Box 15251,
               Wilmington, DE 19886-5251
13628379      E-mail/Text: bnc-quantum@quantum3group.com Feb 16 2017 02:31:53      Quantum3 Group, LLC,
               PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              C/oShellpoint Mortgage Servicing,    c/o- Shellpoint Mortgage Servicing
cr              Shellpoint Mortgage Servicing
cr*          +Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
13725811*       AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
               MALVERN, PA 19355-0701
                                                                                TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-2          User: Eileen               Page 2 of 2             Date Rcvd: Feb 15, 2017
                              Form ID: 167               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
        ZACHARY  PERLICK    on behalf of Debtor Serita  Stepteau Perlick@verizon.net, pireland1@verizon.net

        TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Serita Stepteau
    Debtor(s)             Case No: 15–18007–mdc
                         Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

** rescheduled*

Motion to Modify Plan Filed by Serita Stepteau Represented by ZACHARY PERLICK

    on: 2/23/17

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: 2/15/17

                                           For The Court

                                           Timothy B. McGrath
                                           Clerk of Court