**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:   SERITA STEPTEAU | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO. 15-18007 MDC |

## STIPULATION RESOLVING MERCEDES-BENZ FINANCIAL SERVICES' OBJECTION TO CONFIRMATION

AND NOW, this 14^(TH) day of February , 2017, it is hereby stipulated and agreed by and between Zachary Perlick, Esquire, Attorney for the Debtor, and William E. Craig, Esquire, Attorney for Mercedes-Benz Financial Services, and William C. Miller, Esquire, Standing Chapter 13 Trustee, as follows:

1. On or about January 25, 2017, the Debtor filed a Motion to Modify her Chapter 13 Plan following confirmation.

2. On or about February 13, 2017, Mercedes-Benz Financial Service filed an Objection to Confirmation.

3. Debtor and Mercedes-Benz Financial Service have agreed to settle the Objection to Confirmation and Motion To Modify Plan.

4. The Debtor agrees to allow the Chapter 13 trustee to make monthly adequate protection payments in the amount of $124.00 to Mercedes-Benz up to <u>and after confirmation</u>, until normal distributions begin to be paid to Mercedes-Benz. Thereafter, the trustee shall make the payments to Mercedes-Benz as provided for by the confirmed plan. <u>The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Mercedes-Benz through the plan</u>.

5. That when the Debtor pays Mercedes-Benz the full amount of $14,068.80, completes her Chapter 13 plan, and receives a discharge, Mercedes-Benz will extinguish its lien in the vehicle and turn title of the vehicle over to the Debtor.

IN WITNESS WHEREOF, and intending to be legally bound, The parties hereto have executed this agreement the day and year first above written.

/s/ William E. Craig
William E. Craig, Esquire
Attorney For Mercedes-Benz Financial

2/28/17

*Jacqueline Charlton for* *no objection*

William C. Miller
CHAPTER 13 STANDING TRUSTEE

**\*without prejudice to any trustee rights or remedies**

/s/ Zachary Perlick
Zachary Perlick, Esquire
Attorney for the Debtor

The foregoing Stipulation is hereby Approved and made an Order of this Court.

_____
THE HONORABLE JUDGE MAGDELINE D. COLEMAN