United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-18007-mdc
Serita Stepteau                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: John              Page 1 of 1                  Date Rcvd: Mar 09, 2017
                              Form ID: pdf900         Total Noticed: 6
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2017.
db             +Serita Stepteau,    1810 Farrington Road,    Philadelphia, PA 19151-2011
13628377        Mercedes-Benz Financial Services,    PO Box 9001680,    Louisville, KY 40290-1680
13660328        Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Mar 10 2017 02:09:30     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2017 02:09:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2017 02:09:21     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              C/oShellpoint Mortgage Servicing,    c/o- Shellpoint Mortgage Servicing
cr              Shellpoint Mortgage Servicing
cr*            +Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
                                                                                       TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC f/k/a
               DCFS USA LLC mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
              ZACHARY PERLICK    on behalf of Debtor Serita Stepteau Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  SERITA STEPTEAU         :       CHAPTER 13
                                :
                                :
        DEBTOR                  :       BANKRUPTCY NO. 15-18007 MDC

**STIPULATION RESOLVING MERCEDES-BENZ FINANCIAL SERVICES' OBJECTION TO CONFIRMATION**

AND NOW, this 14TH day of February , 2017, it is hereby stipulated and agreed by and between Zachary Perlick, Esquire, Attorney for the Debtor, and William E. Craig, Esquire, Attorney for Mercedes-Benz Financial Services, and William C. Miller, Esquire, Standing Chapter 13 Trustee, as follows:

1. On or about January 25, 2017, the Debtor filed a Motion to Modify her Chapter 13 Plan following confirmation.

2. On or about February 13, 2017, Mercedes-Benz Financial Service filed an Objection to Confirmation.

3. Debtor and Mercedes-Benz Financial Service have agreed to settle the Objection to Confirmation and Motion To Modify Plan.

4. The Debtor agrees to allow the Chapter 13 trustee to make monthly adequate protection payments in the amount of $124.00 to Mercedes-Benz up to <u>and after confirmation</u>, until normal distributions begin to be paid to Mercedes-Benz. Thereafter, the trustee shall make the payments to Mercedes-Benz as provided for by the confirmed plan. <u>The Debtor shall receive a credit for all adequate protection payments made against the total amount to be received by Mercedes-Benz through the plan</u>.

5. That when the Debtor pays Mercedes-Benz the full amount of $14,068.80, completes her Chapter 13 plan, and receives a discharge, Mercedes-Benz will extinguish its lien in the vehicle and turn title of the vehicle over to the Debtor.

IN WITNESS WHEREOF, and intending to be legally bound, The parties hereto have executed this agreement the day and year first above written.

/s/ William E. Craig
William E. Craig, Esquire
Attorney For Mercedes-Benz Financial

2/28/17

William C. Miller
CHAPTER 13 STANDING TRUSTEE

*no objection*

*without prejudice to any trustee rights or remedies

/s/ Zachary Perlick
Zachary Perlick, Esquire
Attorney for the Debtor

The foregoing Stipulation is hereby Approved and made an Order of this Court.

_____
THE HONORABLE JUDGE MAGDELINE D. COLEMAN

March 9, 2017