STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>Serita Stepteau | Chapter 13<br><br>Case Number: 15-18007-MDC |

## NOTICE OF APPEARANCE

Wilmington Savings Fund Society[1] [2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
**STERN & EISENBERG, PC**
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 15TH DAY OF MARCH, 2017.

By:   /s/William E. Miller, Esquire
☑  William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone:  (215) 572-8111
Facsimile:  (215) 572-5025
Bar Number:  308951
wmiller@sterneisenberg.com

---

1   Full title of Creditor is as follows: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT.
2   The current Servicer of this loan is Shellpoint Mortgage Servicing .
3   For reference, the property address associated with the undersigned's representation is 1810 Farrington Road, Philadelphia, PA 19151.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Serita Stepteau
1810 Farrington Road
Philadelphia, PA 19151

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Zachary Perlick, Esquire
1420 Walnut Street
Suite 718
Philadelphia, PA 19102

Respectfully Submitted:

Stern & Eisenberg, PC

By:     /s/ William E. Miller, Esquire
☑  William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone:  (215) 572-8111
Facsimile:  (215) 572-5025
Bar Number:  308951
wmiller@sterneisenberg.com

Date:  March 15, 2017