Steven K. Eisenberg  *
Thomas E. Shea
Jacqueline F. McNally x*O
David M. Lambropoulos  *
Margaret Cascino *O
M. Troy Freedman
Evan Barenbaum  *
Stacey A. Weisblatt *O
Salvatore Carollo  *
Andrew J. Marley  *
Michael J. Reilly  *
Roland Georger O
Lucas M. Anderson  *
William E. Miller  *
Justin M. Strausser  *
Edward J. McKee  *
Christopher M. Camporeale *
Stefanie Malone-Zeitz  *
Steven P. Kelly  *
Jessica N. Manis  *
Frank J. Keenan  *
Brandon P. Accardi  *
Christopher M. McMonagle  *
Nicole Falcey  *
Christopher Saliba *
Anthony P. Scali *°

_____
Richard F. Stern +



Stern & Eisenberg, PC
www.sterneisenberg.com

1581 Main Street
Suite 200
Warrington, PA 18976
(215) 572-8111
Facsimile: (215) 572-5025

1040 N. Kings Highway
Suite 407
Cherry Hill, NJ 08034
(609) 397-9200
Facsimile: (856) 667-1456

485 B Route 1 South
Suite 330
Iselin, NJ 08830
(732) 582-6344
(516) 630-0288
Facsimile: (732) 726-8719

4976 Transit Road #2
Depew, NY 14043
(516) 630-0288
Facsimile: (732) 726-8719

**EXHIBIT A**

*Via U.S. Regular Mail*

Serita Stepteau
1810 Farrington Road
Philadelphia, PA 19151

       RE: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT v. Serita Stepteau
       BK: 15-18007-MDC

Dear Serita Stepteau:

     I, William E. Miller, Esquire, attorney for Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, write to advise you that you are in default of the Court Order/Stipulation entered on February 3, 2017.  Pursuant to Section # 6 of the entered Stipulation/Court Order, if Debtor(s) fails to make any of the payments, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT, shall notify the Debtor and Debtor's attorney of the default.

     Please be advised that you have not made the following payments:

Regular Payments:02/01/2017 through 03/01/2017 @ *$970.48(2 months)*……....…….$1,940.96
Suspense: ………………………………………………………………………….($886.98)
Attorney Fees/Costs: ……………………………………………………………….$75.00
**Total amount due…………………………………………………..………....$1,128.98**

In accordance with the said stipulation, if the above payments are not cured within ten days (*10 days*) from the date of this notice, we will certify default in accordance with the terms of the approved stipulation and obtain relief. Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT reserves the right to foreclose. Any additional payments that become due during the time provided under this notice (or any objection thereto) also need to be paid in order to cure this default.

Should you have any questions, please contact your attorney.

Sincerely,

STERN & EISENBERG, PC

By: /s/ William E. Miller, Esq.
William E. Miller, Esq.,
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 308951
Email: wmiller@sterneisenberg.com

Date: March 20, 2017

cc:  Zachary Perlick, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102
     *(Counsel for Debtor)*
cc:  William C. Miller, 1234 Market Street, Suite 1813, Philadelphia, PA 19107
     *(Chapter 13 Trustee)*