United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Serita Stepteau
    Debtor

Case No. 15-18007-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: May 03, 2017
Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2017.
db    +Serita Stepteau,   1810 Farrington Road,   Philadelphia, PA 19151-2011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg    +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 04 2017 01:46:12    U.S. Attorney Office,
    c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                                            TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2017 at the address(es) listed below:
       ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
       agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
       DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
       debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
       THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
       tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
       WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a
       DCFS USA LLC mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
       WILLIAM EDWARD MILLER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
       business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
       2014-9TT wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
       ZACHARY PERLICK    on behalf of Debtor Serita Stepteau Perlick@verizon.net,
       pireland1@verizon.net
                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | SERITA STEPTEAU | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 15-18007 MDC |

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee and costs award: | $500.00 |
| Attorney fee already paid by Debtor | $  0.00 |
| Net amount to be paid by the Trustee | $500.00 |

BY THE COURT:

_____
THE HONORABLE MAGDELINE D. COLEMAN

Dated: May 2, 2017