Certificate of Notice    Page 1 of 2

```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 15-18007-mdc
Serita Stepteau                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1           Date Rcvd: May 05, 2017
                              Form ID: pdf900         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 07, 2017.
```
db             +Serita Stepteau,    1810 Farrington Road,    Philadelphia, PA 19151-2011
cr             +Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
                 Roseville, MN 55113-0011
cr             +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3400
13645664       +WILMINGTON SAVINGS FUND SOCIETY Et Al,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13640540       +WILMINGTON SAVINGS FUND SOCIETY, FSB,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13628382       +Wilmington Savings Fund,    c/o Rushmore Loan Services,    PO Box 514707,
                 Los Angeles, CA 90051-4707
13886124       +Wilmington Savings Fund Society, et al.,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC 29603-0826
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 06 2017 00:42:18     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 06 2017 00:41:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 06 2017 00:42:11      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              C/oShellpoint Mortgage Servicing,   c/o- Shellpoint Mortgage Servicing
cr              Shellpoint Mortgage Servicing
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 5, 2017 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a
               DCFS USA LLC mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              ZACHARY PERLICK    on behalf of Debtor Serita  Stepteau Perlick@verizon.net,
               pireland1@verizon.net
                                                                                              TOTAL: 8
```

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: Serita Stepteau  Debtor(s)  Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT  Movant  v.  Serita Stepteau  Respondent | Chapter 13  Bankruptcy Case: 15-18007-MDC  Judge: Magdeline D. Coleman |
|---|---|

## ORDER

AND NOW, this 2nd day of May, 20 17 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT and any successor in interest and Debtor, Serita Stepteau, approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity but solely as Trustee for BCAT 2014-9TT and any successor in interest, to proceed with its under state and federal law concerning the Property (the "Property"): *1810 Farrington Road, Philadelphia, PA 19151*.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

BY THE COURT:

_Magdeline D. C_____
UNITED STATES BANKRUPTCY JUDGE