IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SERITA STEPTEAU ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL SERVICES ) | |
| USA LLC f/k/a DCFS USA LLC ) | Case No.: 15-18007 (MDC) |
| **Moving Party** ) | |
| ) | **Hearing Date: 7-6-17 at 11:00 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| SERITA STEPTEAU ) | |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 28, 2017 in the above matter is APPROVED and is hereby made an Order of this Court.

Dated: August 8, 2017

BY THE COURT:

_Magdeline D. Coleman_
_____
UNITED STATES BANKRUPTCY JUDGE