United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18007-mdc
Serita Stepteau                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: John              Page 1 of 1              Date Rcvd: Aug 08, 2017
                               Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2017.
db         +Serita Stepteau,    1810 Farrington Road,   Philadelphia, PA 19151-2011
cr         +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    Stern & Eisenberg, PC,   1581 Main Street,
             Suite 200,    Warrington, PA 18976-3400
13660328    Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,   PO Box 131265,
             Roseville, MN 55113-0011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Aug 09 2017 01:48:48    City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2017 01:48:34    Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2017 01:48:46    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13628377    E-mail/Text: M74banko@daimler.com Aug 09 2017 01:48:58    Mercedes-Benz Financial Services,
             PO Box 9001680,   Louisville, KY 40290-1680
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          C/oShellpoint Mortgage Servicing,   c/o- Shellpoint Mortgage Servicing
cr          Shellpoint Mortgage Servicing
cr*        +Mercedes-Benz Financial Services USA LLC f/k/a DCF,   c/o BK Servicing, LLC,   PO Box 131265,
             Roseville, MN 55113-0011
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
           debersole@hoflawgroup.com, bbleming@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a
           DCFS USA LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
           business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
           2014-9TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          ZACHARY PERLICK    on behalf of Debtor Serita  Stepteau Perlick@verizon.net,
           pireland1@verizon.net
                                                                                               TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: SERITA STEPTEAU ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| MERCEDES-BENZ FINANCIAL SERVICES ) | |
| USA LLC f/k/a DCFS USA LLC ) | Case No.: 15-18007 (MDC) |
| **Moving Party** ) | |
| ) | **Hearing Date:  7-6-17 at 11:00 AM** |
| v. ) | |
| ) | 11 U.S.C. 362 |
| SERITA STEPTEAU ) | |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Mercedes-Benz Financial and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 28, 2017 in the above matter is APPROVED and is hereby made an Order of this Court.

Dated:    August 8, 2017

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE