*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Serita Stepteau
    Debtor(s)

Case No: 15−18007−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman, United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion to Abate Plan Payments for Months , Motion to Modify Plan Filed by Serita Stepteau Represented by ZACHARY PERLICK

on: 3/29/18

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/15/18

Timothy B. McGrath
Clerk of Court