United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-18007-mdc
Serita Stepteau                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen           Page 1 of 2           Date Rcvd: Mar 15, 2018
                              Form ID: 167           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
```
db           +Serita Stepteau,    1810 Farrington Road,    Philadelphia, PA 19151-2011
cr           +WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine,    Stern & Eisenberg, PC,    1581 Main Street,
               Suite 200,    Warrington, PA 18976-3400
13720196      AMERICAN EXPRESS BANK, FSB,    C/O BECKET AND LEE LLP,    PO BOX 3001,    MALVERN, PA 19355-0701
13628370     +American Express,    c/o Becket & Lee, LLP,    PO Box 3001,    Malvern, PA 19355-0701
13628371     +American Express Centurion Bank,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
13628373      Capital Management Services,    PO Box 964,    Buffalo, NY 14210
13628376     +FIA Card Services,    PO Box 15026,    Wilmington, DE 19850-5026
13660328      Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
13628378     +P.G.W.,    800 W. Montgomery Ave.,    Philadelphia, PA 19122-2898
13628380     +Target National Bank,    P.O. Box 59317,    Minneapolis, MN 55459-0317
13645664     +WILMINGTON SAVINGS FUND SOCIETY Et Al,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13640540     +WILMINGTON SAVINGS FUND SOCIETY, FSB,    Rushmore Loan Management Services,    P.O. Box 55004,
               Irvine, CA 92619-5004
13628381      Water Revenue Bureau,    1401 J.F.K. Blvd.,    Philadelphia, PA 19102
13628382     +Wilmington Savings Fund,    c/o Rushmore Loan Services,    PO Box 514707,
               Los Angeles, CA 90051-4707
13886124     +Wilmington Savings Fund Society, et al.,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
               Greenville, SC 29603-0826
13753879      c/o -BCAT 2014-9TT,    Shellpoint Mortgage Servicing,    PO Box 10826,
               Greenville, SC 29603-0826
13628375      eCast Settlement Corp.,    assignee of Citibank,    PO Box 29262,    New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13722141      E-mail/Text: bankruptcy@phila.gov Mar 16 2018 01:32:20     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13628372     +E-mail/Text: bncmail@w-legal.com Mar 16 2018 01:32:11     Candica, LLC,
               c/o Weinstein & Riley, P.S.,    2001 western Ave., Suite 400,    Seattle, WA 98121-3132
13628374      E-mail/Text: mrdiscen@discover.com Mar 16 2018 01:31:56     Discover,    P.O. Box 15251,
               Wilmington, DE 19886-5251
13628377      E-mail/Text: M74banko@daimler.com Mar 16 2018 01:32:28     Mercedes-Benz Financial Services,
               PO Box 9001680,    Louisville, KY 40290-1680
13628379      E-mail/Text: bnc-quantum@quantum3group.com Mar 16 2018 01:31:59     Quantum3 Group, LLC,
               PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             C/oShellpoint Mortgage Servicing,    c/o- Shellpoint Mortgage Servicing
cr             Shellpoint Mortgage Servicing
cr*          +Mercedes-Benz Financial Services USA LLC f/k/a DCF,    c/o BK Servicing, LLC,    PO Box 131265,
               Roseville, MN 55113-0011
13725811*     AMERICAN EXPRESS CENTURION BANK,    C/O BECKET AND LEE LLP,    PO BOX 3001,
               MALVERN, PA 19355-0701
                                                                                            TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Eileen               Page 2 of 2                   Date Rcvd: Mar 15, 2018
                              Form ID: 167               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:

```
              ANDREW F GORNALL    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, Et Al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC f/k/a
               DCFS USA LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, doing
               business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT
               2014-9TT wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              ZACHARY PERLICK    on behalf of Debtor Serita  Stepteau Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Serita Stepteau
    Debtor(s)                        Case No: 15–18007–mdc
                                                 Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED\*
Motion to Abate Plan Payments for Months , Motion to Modify Plan Filed by Serita Stepteau Represented by ZACHARY PERLICK

    on: 3/29/18

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/15/18

Timothy B. McGrath
Clerk of Court