**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                    Chapter 13

                    Bankruptcy No. 15-18007-MDC

SERITA STEPTEAU

1810 FARRINGTON ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SERITA STEPTEAU

1810 FARRINGTON ROAD

PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                                              /S/ William C. Miller

Date: 6/7/2020                    _____

                                              William C. Miller, Esquire
                                              Chapter 13 Standing Trustee