Certificate Number: 05781-PAE-DE-034965795

Bankruptcy Case Number: 15-18007



05781-PAE-DE-034965795

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 9, 2020, at 8:25 o'clock AM PDT, Serita Stepteau completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 9, 2020                By:   /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President