United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                  Case No. 15-18007-mdc

Serita Stepteau                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 17, 2021 | Form ID: 138NEW | Total Noticed: 25 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Serita Stepteau, 1810 Farrington Road, Philadelphia, PA 19151-2011 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, doing busine, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 13720196 | | AMERICAN EXPRESS BANK, FSB, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |
| 13628370 | + | American Express, c/o Becket & Lee, LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 13628371 | + | American Express Centurion Bank, c/o Becket & Lee, PO Box 3001, Malvern, PA 19355-0701 |
| 13628373 | | Capital Management Services, PO Box 964, Buffalo, NY 14210 |
| 13628376 | + | FIA Card Services, PO Box 15026, Wilmington, DE 19850-5026 |
| 13660328 | | Mercedes-Benz Financial Services USA LLC f/k/a DCF, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 13628378 | + | P.G.W., 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 13628380 | + | Target National Bank, P.O. Box 59317, Minneapolis, MN 55459-0317 |
| 13645664 | + | WILMINGTON SAVINGS FUND SOCIETY Et Al, c/o ANDREW F GORNALL, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13640540 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 13628382 | + | Wilmington Savings Fund, c/o Rushmore Loan Services, PO Box 514707, Los Angeles, CA 90051-4707 |
| 13886124 | + | Wilmington Savings Fund Society, et al., c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13753879 | | c/o -BCAT 2014-9TT, Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 13628375 | | eCast Settlement Corp., assignee of Citibank, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 18 2021 04:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 18 2021 04:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13722141 | Email/Text: megan.harper@phila.gov | Feb 18 2021 04:03:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13628372 | + Email/Text: bncmail@w-legal.com | Feb 18 2021 04:02:00 | Candica, LLC, c/o Weinstein & Riley, P.S., 2001 western Ave., Suite 400, Seattle, WA 98121-3132 |
| 13628374 | Email/Text: mrdiscen@discover.com | Feb 18 2021 04:00:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 13628377 | Email/Text: M74banko@daimler.com | Feb 18 2021 04:03:00 | Mercedes-Benz Financial Services, PO Box 9001680, Louisville, KY 40290-1680 |
| 13628379 | Email/Text: bnc-quantum@quantum3group.com | Feb 18 2021 04:01:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13628381 | Email/Text: megan.harper@phila.gov | | |

District/off: 0313-2                          User: admin                          Page 2 of 2
Date Rcvd: Feb 17, 2021                        Form ID: 138NEW                      Total Noticed: 25

|  |  | Feb 18 2021 04:03:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Philadelphia, PA 19102 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | C/oShellpoint Mortgage Servicing, c/o- Shellpoint Mortgage Servicing |
| cr |  | Shellpoint Mortgage Servicing |
| cr | *+ | Mercedes-Benz Financial Services USA LLC f/k/a DCF, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 13725811 | * | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW F GORNALL | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  Et Al... agornall@kmllawgroup.com, bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  Et Al... dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Mercedes-Benz Financial Services USA LLC f/k/a DCFS USA LLC ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |
| WILLIAM EDWARD MILLER | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, doing business as CHRISTIANA TRUST, not in its individual capacity but solely as Trustee for BCAT 2014-9TT wmiller@friedmanvartolo.com, wedwardmiller@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Serita Stepteau Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Serita Stepteau

           Debtor(s)                                    Bankruptcy No: 15−18007−mdc

                                                        Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 2/17/21

130 − 129
Form 138_new
